# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Damich, Edward J. | U.S. Court of Federal Claims | 12/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Pl., N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | J | T | | | | | |
| 2. Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 3. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 4. TIAA/CREF (variable annuity) (H) | E | Int./Div. | O | T | | | | | |
| 5. --George Mason University Defined Contribution Plan | A | Interest | O | T | | | | | |
| 6. ---TIA Traditional | A | Interest | L | T | | | | | |
| 7. ---CREF Stock R2 | E | Dividend | N | T | | | | | |
| 8. ``Widener University Defined Contribution Retirement Plan | B | Interest | M | T | | | | | |
| 9. --Widener Univ Tax Deferred Annuity Plan | A | Interest | J | T | | | | | |
| 10. Morgan Stanley Reg Acct (H) | | | | | | | | | |
| 11. --Blackstone/GSO Strat Cred Fd | A | Dividend | | | Buy | 04/11/16 | J | | |
| 12. -- | | | | | Sold | 06/16/16 | J | | |
| 13. --Prudential Shrt Dur Hi Yd Fd | A | Dividend | | | Buy | 04/11/16 | J | | |
| 14. -- | | | | | Sold (part) | 06/16/16 | J | | |
| 15. -- | | | | | Sold | 07/27/16 | J | | |
| 16. Morgan Stanley PM Acct (H) | D | Int./Div. | M | T | | | | | |
| 17. --Morgan Stanley Bank/Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Alger Spectra A | | None | J | T | Sold (part) | 01/15/16 | J | | |
| 19. -- | | | | | Buy (add'l) | 04/04/16 | J | | |
| 20. -- | | | | | Buy (add'l) | 07/27/16 | J | | |
| 21. -- | | | | | Sold (part) | 11/01/16 | J | | |
| 22. --AllianzGI Global Sm-Cap P | | None | | | Sold | 07/27/16 | J | | |
| 23. --Blackstone/GSO Strat Cred Fd (transferred from Reg Acct, 4/11/16) | A | Dividend | | | Sold | 06/16/16 | J | | |
| 24. --Cambiar Intl Equity | | None | | | Buy | 07/27/16 | J | | |
| 25. -- | | | | | Sold | 10/20/16 | J | | |
| 26. --Delaware Sm Cap Core Inst | | None | | | Sold | 07/27/16 | J | | |
| 27. --Diamond Hill Small Mid Cap I | | None | J | T | Buy | 01/15/16 | J | | |
| 28. -- | | | | | Buy (add'l) | 04/01/16 | J | | |
| 29. -- | | | | | Buy (add'l) | 07/27/16 | J | | |
| 30. --First Trust Valu.LN Div IDX | A | Dividend | J | T | Buy | 11/14/16 | J | | |
| 31. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 32. --1st Trust Dorsey Wright Focs | A | Dividend | | | Sold (part) | 01/15/16 | J | | |
| 33. -- | | | | | Buy (add'l) | 04/01/16 | J | | |
| 34. -- | | | | | Sold (part) | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- | | | | | Buy (add'l) | 07/27/16 | J | | |
| 36. -- | | | | | Sold (part) | 11/01/16 | J | | |
| 37. -- | | | | | Sold | 11/14/16 | J | | |
| 38. --1st Trust DW Focus Intl | | | | | Sold | 06/24/16 | | | |
| 39. --First Trust Managed Municipal | A | Dividend | J | T | Buy | 04/01/16 | J | | |
| 40. --Guggenheim BulletShares HY2017 | A | Dividend | J | T | | | | | |
| 41. --Guggenheim BulletShares HY2016 | A | Dividend | | | Sold | 07/27/16 | J | | |
| 42. --Guggenheim Floating RT Strat I | A | Dividend | | | Sold | 01/15/16 | J | | |
| 43. --Guggenheim Macro Opport I | A | Dividend | | | | | | | |
| 44. --Hartford Intl Value I | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 45. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 46. -- | | | | | Buy (add'l) | 12/07/16 | J | | |
| 47. --IShares Core US Aggregate | A | Dividend | | | Buy | 04/01/16 | J | | |
| 48. -- | | | | | Buy (add'l) | 06/16/16 | J | | |
| 49. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 50. -- | | | | | Sold | 12/07/16 | K | | |
| 51. --IShares Interim Credit BD ETF | A | Dividend | | | Sold | 04/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares 20+ YR Treas Bd ETF | A | Dividend | | | Buy | 02/11/16 | J | | |
| 53. -- | | | | | Sold (part) | 07/27/16 | J | | |
| 54. -- | | | | | Sold (part) | 09/12/16 | J | | |
| 55. -- | | | | | Sold | 10/28/16 | J | A | |
| 56. --IShares Core 1-5 YR USD Bond | A | Interest | J | T | Buy | 12/07/16 | J | | |
| 57. --IShares MSCI Emerging Mkts ETF | | None | | | Buy | 07/27/16 | J | | |
| 58. -- | | | | | Sold | 11/15/16 | J | | |
| 59. --IShares Nat Amt-Free Mun Bd | A | Interest | | | Buy | 01/15/16 | J | | |
| 60. -- | | | | | Sold | 04/01/16 | J | A | |
| 61. --IShares S&P 500 Growth ETF | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 62. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 63. --Locorr Market Trend I | | None | | | Sold | 11/14/16 | J | | |
| 64. --Loomis Growth Y | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 65. --Mainstay Intl Opport I | | None | | | Sold (part) | 02/11/16 | J | | |
| 66. -- | | | | | Sold | 07/27/16 | J | | |
| 67. --Matthews Asian Japan Inv | A | Dividend | | | Sold (part) | 02/11/16 | J | | |
| 68. -- | | | | | Sold | 12/07/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Nationwide Geneva SMCP GW F | A | Dividend | J | T | | | | | |
| 70. --Nationwaide NYSE TCG 100 IDX A | A | Dividend | | | Sold (part) | 01/15/16 | J | | |
| 71. -- | | | | | Buy (add'l) | 07/27/16 | J | | |
| 72. -- | | | | | Sold | 11/15/16 | J | | |
| 73. --Natixis ASG Global Alternat Y | | None | | | Buy (add'l) | 01/15/16 | J | | |
| 74. -- | | | | | Sold | 04/01/16 | J | | |
| 75. --Nuveen High Income December 18 | A | Dividend | J | T | Buy (add'l) | 04/01/16 | J | | |
| 76. -- | | | | | Sold (part) | 07/27/16 | J | | |
| 77. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 78. --Nuveen High Income December 19 | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 79. --Nuveen Real Estate Sec Fund | A | Dividend | | | Sold | 11/22/16 | J | | |
| 80. --Pacer TrendPilot 450 ETF | | None | | | Sold | 04/01/16 | J | | |
| 81. --Pacer TrendPilot 750 ETF | A | Dividend | | | Sold (part) | 07/27/16 | J | | |
| 82. -- | | | | | Sold | 11/15/16 | J | | |
| 83. --PowerShares Dyn Lrg Cap Value | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 84. -- | | | | | Buy (add'l) | 04/01/16 | J | | |
| 85. -- | | | | | Buy (add'l) | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Buy (add'l) | 12/07/16 | J | | |
| 87. --PowerShares Russell 2000 Pure | | None | J | T | Buy | 12/16/16 | J | | |
| 88. --PowerShares S&P Mid 400 DVD Arist | A | Dividend | J | T | Buy | 11/22/16 | J | | |
| 89. -- | | | | | Buy (add'l) | 11/22/16 | J | | |
| 90. -- | | | | | Buy (add'l) | 12/07/16 | J | | |
| 91. --Prudential Long Short Eq Z | A | Dividend | J | T | Sold (part) | 07/27/16 | J | A | |
| 92. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 93. --Prudential Shrt Dur High YL FD (trabsferred from Reg Acct 4/11/16) | A | Dividend | | | Sold (part) | 06/16/16 | J | | |
| 94. -- | | | | | Sold | 07/27/16 | J | | |
| 95. --Putnam Equity Spectrum Y | | None | | | Sold | 01/15/16 | J | | |
| 96. --Putnam Europe Equity Y | | None | | | Sold | 06/24/16 | J | | |
| 97. --SPDR S&P Emg Mkts ETF | A | Dividend | | | Buy | 11/15/16 | J | | |
| 98. -- | | | | | Sold | 12/16/16 | J | | |
| 99. --SunAmerica New Foc Div Strategy | A | Dividend | K | T | Sold (part) | 01/15/16 | J | | |
| 100. -- | | | | | Buy (add'l) | 04/01/16 | J | | |
| 101. -- | | | | | Buy (add'l) | 07/27/16 | J | | |
| 102. --Thornburgh Intl Growth | A | Dividend | | | Sold (part) | 02/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Sold | 12/07/16 | J | | |
| 104. --TransAmerica Enhanced Muni | | None | J | T | Buy | 01/15/16 | J | | |
| 105. -- | | | | | Buy (add'l) | 04/01/16 | J | | |
| 106. -- | | | | | Sold (part) | 11/15/16 | J | | |
| 107. --Virtus Dynamic AlphaSector | | None | | | Sold | 01/08/16 | J | | |
| 108. --Virtus Eqty Trend | | None | | | Buy | 01/15/16 | J | | |
| 109. -- | | | | | Sold | 04/01/16 | J | A | |
| 110. --Western Asset Macro Opport | A | Dividend | J | T | Sold (part) | 04/01/16 | J | | |
| 111. -- | | | | | Sold (part) | 07/27/16 | J | | |
| 112. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 113. --WisdomTree Small Cap Div Fund | | None | J | T | Buy | 04/01/16 | J | | |
| 114. -- | | | | | Buy (add'l) | 07/27/16 | J | | |
| 115. -- | | | | | Buy (add'l) | 12/07/16 | J | | |
| 116. Morgan Stanley IRA (H) | D | Int./Div. | N | T | | | | | |
| 117. --Alger Spectra | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 118. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 119. -- | | | | | Sold (part) | 07/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- | | | | | Sold (part) | 11/01/16 | J | | |
| 121. -- | | | | | Sold | 11/15/16 | J | A | |
| 122. --AllinzGI Global SM-Cap | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 123. -- | | | | | Sold | 07/22/16 | J | A | |
| 124. --Cambiar Intl Eq Inv | | None | | | Buy | 03/30/16 | J | | |
| 125. -- | | | | | Sold | 10/20/16 | J | | |
| 126. --Delaware Small Cap Core Inst | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 127. -- | | | | | Sold | 03/30/16 | J | A | |
| 128. --Diamond Hill Small-Mid Cap | | None | | | Buy | 01/13/16 | J | | |
| 129. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 130. -- | | | | | Sold | 11/15/16 | J | A | |
| 131. --DoubleLine Total Return I | A | Dividend | | | Buy | 03/30/16 | J | | |
| 132. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 133. -- | | | | | Sold | 11/15/16 | J | | |
| 134. --First TR Valu.LN Div | A | Dividend | K | T | Buy | 11/14/16 | J | | |
| 135. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 136. --1st Trust Dorsey Wright FO | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 138. -- | | | | | Sold (part) | 07/22/16 | J | | |
| 139. -- | | | | | Sold (part) | 11/01/16 | J | | |
| 140. -- | | | | | Sold | 11/14/16 | J | A | |
| 141. --1st Trust DW Focus Intl | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 142. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 143. -- | | | | | Sold | 06/24/16 | J | | |
| 144. --Guggenheim Floating RT Strat I | A | Dividend | | | Buy | 01/13/16 | J | | |
| 145. -- | | | | | Sold | 01/29/16 | J | | |
| 146. --Guggenheim Macro Opport | A | Dividend | | | Sold | 01/13/16 | J | | |
| 147. --Guggenheim BulletShares HY2016 | A | Dividend | | | Sold | 01/13/16 | J | | |
| 148. --Guggenheim Bullet Shares HY 2017 | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 149. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 150. -- | | | | | Sold (part) | 11/15/16 | J | A | |
| 151. --Hartford Intl Value | A | Dividend | K | T | Buy | 10/20/16 | J | | |
| 152. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 153. -- | | | | | Buy (add'l) | 12/07/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Hartford SCHR US Mid Cap Opp | A | Dividend | K | T | Buy | 11/15/16 | J | | |
| 155. --IShares 20+ YR Treas Bond | A | Interest | | | Buy | 02/11/16 | J | | |
| 156. -- | | | | | Sold (part) | 07/27/16 | J | | |
| 157. -- | | | | | Sold (part) | 09/12/16 | J | | |
| 158. -- | | | | | Sold | 10/28/16 | J | A | |
| 159. --IShares Core 1-5 YR USD Bond | A | Interest | K | T | Buy | 12/07/16 | K | | |
| 160. --IShares Core US Aggregate | A | Dividend | | | Buy | 11/15/16 | J | | |
| 161. -- | | | | | Sold | 12/07/16 | J | | |
| 162. --IShares Interim Credit BD ETF | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 163. -- | | | | | Sold | 03/30/16 | J | A | |
| 164. --IShares MSCI Emerging Mkts | | None | | | Buy | 07/22/16 | J | | |
| 165. -- | | | | | Sold | 11/15/16 | J | | |
| 166. --IShares S&P 500 Growth ETF | A | Dividend | K | T | Buy | 07/22/16 | J | | |
| 167. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 168. --Locorr Market Trend | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 169. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 170. -- | | | | | Sold | 11/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Loomis Growth | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 172. --MainStay Intl Opportunities | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 173. -- | | | | | Sold | 03/30/16 | J | | |
| 174. --Matthews Asian Japan Inv | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 175. -- | | | | | Sold (part) | 03/30/16 | J | | |
| 176. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 177. -- | | | | | Sold | 12/07/16 | J | A | |
| 178. --Morgan Stanley Bank/Cash | A | Interest | N | T | | | | | |
| 179. --Nationwide Geneva SM Cap GW | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 180. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 181. --Nationwide NYSE TCG 100 IDX | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 182. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 183. -- | | | | | Sold | 11/15/16 | J | B | |
| 184. --Natixis ASG Global Alternative | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 185. -- | | | | | Sold | 03/30/16 | J | | |
| 186. --Nuveen High Income Dec 2018 | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 187. -- | | | | | Buy (add'l) | 03/30/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- | | | | | Sold (part) | 07/22/16 | K | | |
| 189. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 190. --Nuveen High Income Dec 2019 | A | Dividend | J | T | Buy | 07/22/16 | K | | |
| 191. -- | | | | | Sold (part) | 11/15/16 | J | | |
| 192. --Nuveen Real Estate SEC Fund | A | Dividend | | | Buy (add'l) | 03/30/16 | J | | |
| 193. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 194. -- | | | | | Sold (part) | 11/15/16 | J | | |
| 195. -- | | | | | Sold | 11/22/16 | J | | |
| 196. --Pacer TrendPilot 450 ETF | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 197. -- | | | | | Sold | 03/30/16 | J | | |
| 198. --Pacer TrendPilot 750 ETF | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 199. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 200. -- | | | | | Sold | 11/15/16 | J | | |
| 201. --PowerShares Dyn Lrg Cap Value | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 202. -- | | | | | Buy (add'l) | 03/30/16 | K | | |
| 203. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 204. -- | | | | | Buy (add'l) | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --PowerShares Russell 2000 Pure | | None | J | T | Buy | 12/16/16 | J | | |
| 206. --Proshrs S&P Mid 400 DVD Arist | A | Dividend | K | T | Buy | 11/22/16 | J | | |
| 207. -- | | | | | Buy (add'l) | 11/22/16 | J | | |
| 208. -- | | | | | Buy (add'l) | 12/07/16 | K | | |
| 209. --Prudential QMA Long Short Eq Z | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 210. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 211. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 212. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 213. --Prudential Total Return BD | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 214. --Putnam Equity Spectrum | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 215. -- | | | | | Sold | 01/29/16 | J | | |
| 216. --Putnam Europe Equity | | None | | | Sold | 06/24/16 | J | | |
| 217. --SPDR S&P Emg Mkts ETF | A | Dividend | | | Buy | 11/15/16 | J | | |
| 218. -- | | | | | Sold (part) | 11/22/16 | J | | |
| 219. -- | | | | | Sold | 12/16/16 | J | | |
| 220. --SunAmerica New Foc Div Strategy | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 221. -- | | | | | Buy (add'l) | 03/30/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -- | | | | | Sold (part) | 11/15/16 | J | A | |
| 223. --Thornburg Intl Growth I | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 224. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 225. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 226. -- | | | | | Sold | 12/07/16 | J | | |
| 227. --Virtus Dynamic AlphaSector | | None | | | Sold | 01/13/16 | J | | |
| 228. --Virtus Euity Trend | | None | | | Buy | 01/13/16 | J | | |
| 229. -- | | | | | Sold | 03/30/16 | J | A | |
| 230. --Western Asset Macro Opport | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 231. -- | | | | | Buy (add'l) | 03/30/16 | J | | |
| 232. -- | | | | | Buy (add'l) | 11/15/16 | J | | |
| 233. --WisdomTree Small Cap Div | A | Dividend | K | T | Buy | 03/30/16 | J | | |
| 234. -- | | | | | Buy (add'l) | 07/22/16 | J | | |
| 235. -- | | | | | Buy (add'l) | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 12/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

VII. Investments and Trusts

Note: The Key Tip for Part VII-B instructs that Column B does not have to be filled out for individual assets in aggregate ownership accounts, such as an IRA. This seems to conflict with pp. 39 and 40 of the formal Instructions.

Line 11: The Morgan Stanley Regular Account was terminated in April 2016, and the assets were transferred to the PM Account (Line 16).

Previous report had listed my personal residence in Key West. I have not included it on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Damich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544